COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| LUIS BOBBY ROSENDO PIPPEN, | § | No. 08-14-00234-CR |
| Appellant, | § | Appeal from |
| v. | § | 394th District Court |
| THE STATE OF TEXAS, | § | of Presidio County, Texas |
| Appellee. | § | (TC # 3228) |
| | § | |

## MEMORANDUM OPINION

Luis Bobby Rosendo Pippen appeals his convictions of assault on a public servant. A jury found Appellant guilty and the trial court, in accordance with an agreement between Appellant and the State, assessed Appellant's punishment at a fine of $1,000 and imprisonment for four years, probated for ten years. We affirm.

## FRIVOLOUS APPEAL

Appellant's court-appointed counsel has filed a brief in which he has concluded that the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, *reh. denied*, 388 U.S. 924, 87 S.Ct. 2094, 18 L.Ed.2d 1377 (1967), by presenting a professional evaluation of the record demonstrating why, in effect, there are no arguable grounds to be advanced. *See In re Schulman*, 252 S.W.3d 403, 407 n.9 (Tex.Crim.App. 2008)("In Texas, an Anders brief need not specifically

advance 'arguable' points of error if counsel finds none, but it must provide record references to the facts and procedural history and set out pertinent legal authorities."*)*; *High v. State,* 573 S.W.2d 807 (Tex.Crim.App. 1978). Court-appointed counsel has represented to the Court that he provided copies of the motion and brief to Appellant; advised Appellant of his right to examine the appellate record and file a *pro se* brief; and provided appellant with a form motion for *pro se* access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex.Crim.App. 2014). Appellant has not filed a *pro se* brief.

We have independently reviewed the record and have found nothing that might arguably support the appeal. *See Anders*, 386 U.S. at 744; *Garner v. State*, 300 S.W.3d 763, 766 (Tex.Crim.App. 2009). We agree with counsel that the appeal is frivolous and without merit. The judgment of the trial court is affirmed.

August 12, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.

(Do Not Publish)